IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JOSE MISAEL GARFIAS-GARCIA,
MELCHOR MUNOZ,
XAVIER PENA-CINTRON,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
JOSE LUIS ACOSTA-PATINO,
ROBERT DANTE JONES,
TONY O'NEAL,
JAMIE JONES,
TORBIN NEAL DYKES,
LUIS BARRANTES,
and
LISSETTE A. PENA

**SUPERSEDING
INDICTMENT**
**CASE NO. 4:11cr37-RH**

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By _____ Deputy Clerk

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about January 1, 2010, and on or about May 30, 2011, in the Northern

District of Florida and elsewhere, the defendants,

JOSE MISAEL GARFIAS-GARCIA,
MELCHOR MUNOZ,
XAVIER PENA-CINTRON,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
JOSE LUIS ACOSTA-PATINO,
ROBERT DANTE JONES,
TONY O'NEAL,
JAMIE JONES,

**TORBIN NEAL DYKES,**
**LUIS BARRANTES,**
**and**
**LISSETTE A. PENA,**

did knowingly and willfully combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and this offense involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine and one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii) and 841(b)(1)(7)(vii).

All in violation of Title 21, United States Code, Section 846.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants,

**JOSE MISAEL GARFIAS-GARCIA,**
**MELCHOR MUNOZ,**
**XAVIER PENA-CINTRON,**
**MIGUEL ANGEL MORENO-ORTEGA,**
**NOE VASQUEZ,**
**JOSE LUIS ACOSTA-PATINO,**
**ROBERT DANTE JONES,**
**TONY O'NEAL,**

2

**JAMIE JONES,**
**TORBIN NEAL DYKES,**
**LUIS BARRANTES,**
**and**
**LISSETTE A. PENA,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A.     Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violation including, but not limited to, approximately $54,832.00 in U.S. currency; and

B.     Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, but not limited to:

a. 2006 Honda Ridgeline, VIN 2HJYK165X6H546617;

b. 2007 Ford F-150, VIN 1FTRW12WX7FA96644;

c. 2001 Toyota Tacoma, VIN 5TESN92N01Z724327;

d. 2000 Ford F-350, VIN:1FDWE35L0YHA89075;

e. 2006 Dodge Magnum,VIN:2D4FV57T86H207407; and

f. 2006 Honda Accord, VIN 1HGCM65826A0284682006.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

i.     cannot be located upon the exercise of due diligence;

ii.    has been transferred or sold to, or deposited with, a third person;

3

iii.  has been placed beyond the jurisdiction of this Court;

iv.  has been substantially diminished in value; or

v.  has been commingled with other property that cannot be divided without

difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendants up to the value of the above

forfeitable property.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL;

R E D A C T E D

FOREPERSON

7-5-2011

DATE

PAMELA C. MARSH
United States Attorney

MICHAEL T. SIMPSON
Assistant United States Attorney

4

Case 2:17-cr-00340-MHT-SRW    Document 2    Filed 08/04/17    Page 5 of 30

# U.S. District Court
## Northern District of Florida (Tallahassee)
## CRIMINAL DOCKET FOR CASE #: 4:11-cr-00037-RH-CAS-12
### Internal Use Only

Case title: USA v. GARFIAS-GARCIA et al

Date Filed: 06/07/2011
Date Terminated: 07/31/2012

Assigned to: JUDGE ROBERT L
HINKLE
Referred to: MAGISTRATE JUDGE
CHARLES A STAMPELOS

CERTIFIED A TRUE COPY
Jessica J. Lyublenovits
By _____ Deputy Clerk

**Defendant (12)**

**JAMIE JONES**
*TERMINATED: 07/31/2012*

represented by **JAMIE JONES**
13590-002
FCI ASHLAND
PO BOX 6001
ASHLAND, KY 41105-6001
PRO SE

**THOMAS J CASSIDY , III**
CASSIDY LAW FIRM
233 E BEACH DRIVE
PANAMA CITY, FL 32401
Email: cassidylawfirm@comcast.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1s)

**Disposition**

Defendant is sentenced to 60 months
BOP to run concurrent with Alabama
case 2:11cr113. Defendant placed on S/R
for 4 years. SMA $100.00. Fine waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCE
(1)

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

## Plaintiff

**USA**        represented by **MICHAEL THOMAS SIMPSON**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8424
Email: michael.t.simpson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**ROBERT GARDNER DAVIES**
US ATTORNEY - PENSACOLA FL
NORTHERN DISTRICT OF FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502-5675
850-444-4087
Fax: 850-434-2593
Email: robert.davies@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ROBERT DEL STINSON**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430

Case 2:17-cr-00340-MHT-SRW    Document 2    Filed 08/04/17    Page 7 of 30

Fax: 850-942-8448
*Designation: Retained*

| Date Filed | | # | Docket Text |
|---|---|---|---|
| 07/05/2011 | | 83 | SUPERSEDING INDICTMENT (PDF redacted per privacy policy.) as to JOSE MISAEL GARFIAS-GARCIA (1) count(s) 1s, MELCHOR MUNOZ (2) count(s) 1s, XAVIER PENA-CINTRON (3) count(s) 1s, MIGUEL ANGEL MORENO-ORTEGA (4) count(s) 1s, JOSE LUIS ACOSTA-PATINO (5) count(s) 1s, LUIS BARRANTES (6) count(s) 1s, LISSETTE A PENA (7) count(s) 1s, TORBIN NEAL DYKES (8) count(s) 1, ROBERT DANTE JONES (9) count(s) 1, TONY O'NEAL (10) count(s) 1, NOE VASQUEZ (11) count(s) 1, JAMIE JONES (12) count(s) 1. (erl) (Entered: 07/07/2011) |
| 07/05/2011 | 🔒 | 84 | Sealed Document (Unredacted Indictment) (erl) (Entered: 07/07/2011) |
| 07/05/2011 | 🔒 | 96 | CRIMINAL COVER SHEET by USA as to JAMIE JONES (copy to US Marshal)(PDF sealed per Privacy Policy) (erl) (Entered: 07/07/2011) |
| 07/05/2011 | | 99 | REQUEST FOR SUMMONS as to JAMIE JONES (erl) (Entered: 07/07/2011) |
| 07/05/2011 | 🔒 | | (Court only) ***Set/Reset Deadline as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES - 90 Day No Activity Deadline set for **10/3/2011**. (erl) (Entered: 07/07/2011) |
| 07/15/2011 | | 122 | Summons Issued in case as to JAMIE JONES: Initial Appearance and Arraignment set for **7/20/2011 2:00 PM** in U.S. Courthouse Tallahassee before MAGISTRATE JUDGE WILLIAM C SHERRILL JR. (amm) (Entered: 07/15/2011) |
| 07/19/2011 | | 132 | NOTICE OF ATTORNEY APPEARANCE: THOMAS J CASSIDY, III appearing for JAMIE JONES (CASSIDY, THOMAS) (Entered: 07/19/2011) |
| 07/20/2011 | | 134 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Initial Appearance as to JAMIE JONES held on 7/20/2011. (Court Reporter FTR TLH) (erl) (Entered: 07/21/2011) |
| 07/20/2011 | 🔒 | 135 | CJA 23 Financial Affidavit by JAMIE JONES (PDF sealed per Privacy Policy) (erl) (Entered: 07/21/2011) |
| 07/20/2011 | | 136 | ORDER APPOINTING CJA ATTORNEY as to JAMIE JONES. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 7/20/2011. (erl) (Entered: 07/21/2011) |

Case 2:17-cr-00340-MHT-SRW    Document 2    Filed 08/04/17    Page 8 of 30

| 07/20/2011 | 137 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to JAMIE JONES (12) Count 1 held on 7/20/2011. (Court Reporter FTR TLH) (erl) (Entered: 07/21/2011) |
| 07/20/2011 | 138 | ORDER Setting Conditions of Release. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 7/20/2011. (erl) (Entered: 07/21/2011) |
| 07/20/2011 | 139 | SCHEDULING ORDER as to JAMIE JONES. Jury Trial set for **9/6/2011 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 7/20/2011. (erl) (Entered: 07/21/2011) |
| 08/18/2011 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 143 Order - No response filed by government. (dlt) (Entered: 08/18/2011) |
| 08/30/2011 | 171 | CJA 20 as to JAMIE JONES: The CJA attorney is directed to print attached CJA-20 PDF file. The CJA information packet should be obtained by accessing the **Forms & Publications - Attorneys** section of the NDFL web site located at www.flnd.uscourts.gov. Appointed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 7/20/11. (Attachments: # 1 CJA 24) (amm) (Entered: 08/30/2011) |
| 08/31/2011 | 173 | First MOTION to Continue *Trial Date* by JAMIE JONES. (CASSIDY, THOMAS) (Entered: 08/31/2011) |
| 08/31/2011 | 175 | Consent MOTION to Continue *Trial* by USA as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES. (SIMPSON, MICHAEL) (Entered: 08/31/2011) |
| 09/01/2011 | 191 | ORDER RESCHEDULING THE TRIAL FOR DECEMBER 5, 2011 - GRANTING 172 and 173 and 174 Motions to Continue; GRANTING 175 Motion to Continue as to JOSE MISAEL GARFIAS-GARCIA (1), MELCHOR MUNOZ (2), MIGUEL ANGEL MORENO-ORTEGA (4), ROBERT DANTE JONES (9), JAMIE JONES (12). The clerk must re-notice the trial for December 5, 2011. Signed by JUDGE ROBERT L HINKLE on 9/1/2011. (erl) (Entered: 09/02/2011) |
| 09/02/2011 | 192 | NOTICE OF RESCHEDULED HEARING as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, JAMIE JONES: Jury Trial reset for **12/5/2011 08:15 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. |

| | | | |
|---|---|---|---|
| | | | *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 09/02/2011) |
| 09/02/2011 | 🔒 | | (Court only) ***Motions terminated as to LISSETTE A PENA, XAVIER PENA-CINTRON, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, TORBIN NEAL DYKES, TONY O'NEAL, NOE VASQUEZ: 175 Consent MOTION to Continue *Trial* filed by USA. These defendants should have not been included in the motion due to their status. (erl) (Entered: 09/02/2011) |
| 10/04/2011 | 🔒 | | (Court only) ***Set/Reset Deadline as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES - 90 Day No Activity Deadline set for **1/3/2012**. (erl) (Entered: 10/04/2011) |
| 10/04/2011 | | 202 | SECOND SUPERSEDING INDICTMENT (PDF redacted per privacy policy.) as to JOSE MISAEL GARFIAS-GARCIA (1) count(s) 1ss, MELCHOR MUNOZ (2) count(s) 1ss, MIGUEL ANGEL MORENO-ORTEGA (4) count(s) 1ss, ROBERT DANTE JONES (9) count(s) 1s, NOE VASQUEZ (11) count(s) 1s, JAMIE JONES (12) count(s) 1s, JOSE LUIS OROZCO (13) count(s) 1. (amm) (Entered: 10/06/2011) |
| 10/04/2011 | 🔒 | 203 | Sealed Document(Unredacted Indictment) (amm) (Entered: 10/06/2011) |
| 10/04/2011 | 🔒 | 210 | CRIMINAL COVER SHEET by USA as to JAMIE JONES (copy to US Marshal)(PDF sealed per Privacy Policy) (amm) (Entered: 10/06/2011) |
| 10/04/2011 | | 213 | REQUEST FOR SUMMONS by USA as to JAMIE JONES (amm) (Entered: 10/06/2011) |
| 10/04/2011 | 🔒 | | (Court only) ***Set/Reset Deadline as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO - 90 Day No Activity Deadline set for **1/3/2012**. (amm) (Entered: 10/06/2011) |
| 10/06/2011 | | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed Re: 213 Request for Summons. (amm) (Entered: 10/06/2011) |

| 10/14/2011 | 223 | Summons Issued in case as to JAMIE JONES for October 19, 2011 at 2:00 p.m. before Judge Sherrill. (amm) (Entered: 10/14/2011) |
| 10/19/2011 | 228 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Defendant failed to appear for Arraignment re: JAMIE JONES - held on 10/19/2011.( Initial Appearance reset for **10/27/2011 04:00 PM** in U.S. Courthouse Tallahassee before MAGISTRATE JUDGE WILLIAM C SHERRILL JR.) (Court Reporter FTR-TLH.) (pll) Modified on 10/19/2011 (pll). (Entered: 10/19/2011) |
| 10/19/2011 | 229 | ORDER CONTINUING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT as to JAMIE JONES. ( Arraignment reset for **10/27/2011 04:00 PM** in U.S. Courthouse Tallahassee before MAGISTRATE JUDGE WILLIAM C SHERRILL JR.). Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 10/19/11. (pll) (Entered: 10/19/2011) |
| 10/27/2011 | 232 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Initial Appearance on 2nd Superseding Indictment as to JAMIE JONES held on 10/27/2011 (Court Reporter FTR TLH.) (amm) (Entered: 10/28/2011) |
| 10/27/2011 | 233 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to JAMIE JONES (12) Count 1s held on 10/27/2011 (Court Reporter FTR TLH.) (amm) (Entered: 10/28/2011) |
| 11/17/2011 | 234 | NOTICE OF ATTORNEY APPEARANCE ROBERT DEL STINSON appearing for USA. *RE: FORFEITURE* (STINSON, ROBERT) (Entered: 11/17/2011) |
| 11/17/2011 | 235 | NOTICE *OF BILL OF PARTICULARS* by USA as to JOSE MISAEL GARFIAS-GARCIA, MELCHOR MUNOZ, XAVIER PENA-CINTRON, MIGUEL ANGEL MORENO-ORTEGA, JOSE LUIS ACOSTA-PATINO, LUIS BARRANTES, LISSETTE A PENA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO (STINSON, ROBERT) (Entered: 11/17/2011) |
| 11/28/2011 | 239 | ORDER ON MOTIONS 236 , 238 FOR CONTINUANCE as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES. Set/Reset Deadlines/Hearings( Position on a continuance deadline for Defendant MORENO-ORTEGA due by **11/30/2011**.). Signed by JUDGE ROBERT L HINKLE on 11/28/2011. (erl) (Entered: 11/29/2011) |
| 11/29/2011 | 241 | ORDER RESCHEDULING THE TRIAL FOR FEBRUARY 6, 2012 as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL |

| | | |
|---|---|---|
| | | ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES - GRANTING 236 , 238 , 240 unopposed motions for a continuance. The clerk must re-notice the trial as to all defendants for February 6, 2012. The clerk must set a status conference by telephone for the first available date on or after December 13, 2011. Signed by JUDGE ROBERT L HINKLE on 11/29/2011. (erl) (Entered: 11/30/2011) |
| 11/29/2011 | 242 | NOTICE OF RESCHEDULED HEARING as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES: Jury Trial reset for **2/6/2012 08:15 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <u>s/ Elizabeth Lawrence</u> Courtroom Deputy Clerk (erl) (Entered: 11/30/2011) |
| 11/30/2011 | 🔒 | (Court only) ***Terminate Deadlines as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES: Re: 239 ORDER ( Position on a continuance deadline for Defendant MORENO-ORTEGA due by **11/30/2011**.). (erl) (Entered: 11/30/2011) |
| 12/06/2011 | 250 | NOTICE OF TELEPHONIC HEARING as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES: Telephonic Status Conference set for **12/13/2011 02:00 PM EST** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. Parties are instructed to call **(888) 684-8852 Access Code: 8131706# Security Code: 1213#** at the time of hearing. *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* |

|  |  |  |  |
|---|---|---|---|
|  |  |  | s/ Elizabeth Lawrence<br>Courtroom Deputy Clerk (erl) (Entered: 12/06/2011) |
| 12/13/2011 |  | 253 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Telephonic Status Conference as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES held on 12/13/2011 (Court Reporter Lisa Jones.) (amm) (Entered: 12/14/2011) |
| 12/15/2011 |  | 256 | ORDER SETTING DISCOVERY REQUIREMENTS AND RESCHEDULING THE TRIAL FOR APRIL 2, 2012 as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES. Time excluded from 2/6/12 until 4/8/12.( Jury Selection set for **4/2/2012 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE., Jury Trial set for **4/9/2012 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.). Signed by JUDGE ROBERT L HINKLE on 12/15/11. (pll) (Entered: 12/16/2011) |
| 12/23/2011 |  | 263 | NOTICE OF RESCHEDULED HEARING as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES Jury Selection reset for **4/2/2012 08:15 AM** before JUDGE ROBERT L HINKLE and Jury Trial reset for **4/9/2012 08:15 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>s/ Elizabeth Lawrence<br>Courtroom Deputy Clerk (erl) (Entered: 12/23/2011) |
| 01/09/2012 | 🔒 |  | (Court only) ***Set/Reset Deadline as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO - 90 Day No Activity Deadline set for **4/9/2012**. (erl) (Entered: 01/09/2012) |
| 02/12/2012 | 🔒 | 276 | EX PARTE MOTION. (erl) (Entered: 02/13/2012) |

| | | | |
|---|---|---|---|
| 03/06/2012 | 🔒 | | (Court only) ***Motions terminated as to JAMIE JONES: 276 EX PARTE MOTION (erl) (Entered: 03/20/2012) |
| 03/20/2012 | 🔒 | 281 | EX PARTE MOTION. (erl) (erl). (Entered: 03/20/2012) |
| 03/20/2012 | | 282 | AMENDED NOTICE OF HEARING as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, ROBERT DANTE JONES, NOE VASQUEZ, JAMIE JONES: Jury Selection and Jury Trial set for **4/9/2012 08:15 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 03/20/2012) |
| 03/27/2012 | | 292 | NOTICE OF HEARING as to JAMIE JONES: Change of Plea Hearing set for **3/28/2012 04:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 03/27/2012) |
| 03/28/2012 | | 300 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to JAMIE JONES held on 3/28/2012, Plea entered by JAMIE JONES (12) Guilty Count 1s. Sentencing is set for 6/20/2012 at 1:00 pm. Defendant is to remain on previous conditions of release. (Court Reporter Judy Nolton.) (kjw) (Entered: 03/30/2012) |
| 03/28/2012 | | 301 | STATEMENT OF FACTS by USA as to JAMIE JONES. (kjw) (Entered: 03/30/2012) |
| 03/28/2012 | | 302 | PLEA AGREEMENT as to JAMIE JONES. (kjw) (Entered: 03/30/2012) |
| 03/28/2012 | 🔒 | 303 | Sealed Document (kjw) (Entered: 03/30/2012) |

Case 2:17-cr-00340-MHT-SRW   Document 2   Filed 08/04/17   Page 14 of 30

| | | |
|---|---|---|
| 03/30/2012 | 304 | NOTICE OF HEARING as to JAMIE JONES Sentencing set for **6/20/2012 01:00 PM** before JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Kimberly Westphal*<br>Deputy Clerk (kjw) (Entered: 03/30/2012) |
| 04/02/2012 | 308 | ORDER REASSIGNING CASE. Case reassigned to MAGISTRATE JUDGE CHARLES A STAMPELOS for all further proceedings as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO. MAGISTRATE JUDGE WILLIAM C SHERRILL, JR no longer assigned to case. Signed by CHIEF JUDGE M CASEY RODGERS on 4/2/12. **Please use case number with new judge initials on all future filings: 4:11cr37-RH/CAS. (pll) (Entered: 04/04/2012) |
| 04/11/2012 | 🔒 | (Court only) ***Set/Reset Deadline as to LISSETTE A PENA, XAVIER PENA-CINTRON, MELCHOR MUNOZ, LUIS BARRANTES, JOSE LUIS ACOSTA-PATINO, JOSE MISAEL GARFIAS-GARCIA, MIGUEL ANGEL MORENO-ORTEGA, TORBIN NEAL DYKES, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO - 90 Day No Activity Deadline set for **7/10/2012**. (erl) (Entered: 04/11/2012) |
| 04/27/2012 | 353 | First MOTION to Continue *Sentencing* by JAMIE JONES. (CASSIDY, THOMAS) (Entered: 04/27/2012) |
| 04/30/2012 | 355 | ORDER CONTINUING SENTENCING - GRANTING 353 Motion to Continue as to JAMIE JONES (12). The sentencing is rescheduled for July 26, 2012 at 2:00 p.m. Signed by JUDGE ROBERT L HINKLE on 4/30/2012. (erl) (Entered: 05/01/2012) |
| 04/30/2012 | 356 | NOTICE OF RESCHEDULED HEARING as to JAMIE JONES: Sentencing reset for **7/26/2012 02:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a* |

Case 2:17-cr-00340-MHT-SRW   Document 2   Filed 08/04/17   Page 15 of 30

| | | | |
|---|---|---|---|
| | | | *disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 05/01/2012) |
| 05/25/2012 | | 391 | NOTICE OF RESCHEDULED HEARING as to MELCHOR MUNOZ, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES: Sentencing reset for **7/27/2012 10:30 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 05/25/2012) |
| 06/21/2012 | 🔒 | 398 | DRAFT PRESENTENCE INVESTIGATION REPORT as to JAMIE JONES. E-copies made available to selected parties. Responses to the Draft Report are due by **7/5/2012**. (Edenfield, Dana) (Entered: 06/21/2012) |
| 07/06/2012 | 🔒 | | (Court only) ***Terminate Deadlines as to JAMIE JONES: Re: 398 DRAFT PRESENTENCE INVESTIGATION REPORT. Responses to the Draft Report are due by **7/5/2012**. (erl) (Entered: 07/06/2012) |
| 07/18/2012 | 🔒 | | (Court only) ***Set/Reset Deadline as to MELCHOR MUNOZ, JOSE MISAEL GARFIAS-GARCIA, ROBERT DANTE JONES, TONY O'NEAL, NOE VASQUEZ, JAMIE JONES, JOSE LUIS OROZCO - 90 Day No Activity Deadline set for **10/16/2012**. (erl) (Entered: 07/18/2012) |
| 07/18/2012 | 🔒 | 417 | FINAL PRESENTENCE INVESTIGATION REPORT as to JAMIE JONES. E-copies made available to selected parties. (Edenfield, Dana) (Entered: 07/18/2012) |
| 07/25/2012 | 🔒 | 424 | SECOND FINAL PRESENTENCE INVESTIGATION REPORT as to JAMIE JONES. E-copies made available to selected parties. (Attachments: # 1 Appendix Defense Objections) (Edenfield, Dana) (Entered: 07/25/2012) |

| | | | |
|---|---|---|---|
| 07/27/2012 | | 433 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 7/27/2012 for JAMIE JONES (12), Count(s) 1s, Defendant is sentenced to 60 months BOP to run concurrent with Alabama case. Defendant placed on S/R for 4 years. SMA $100.00. Fine waived. (Court Reporter Judy Nolton) (erl) (Entered: 07/31/2012) |
| 07/31/2012 | | 444 | JUDGMENT as to JAMIE JONES (12), Count(s) 1s, Defendant is sentenced to 60 months BOP to run concurrent with Alabama case 2:11cr113. Defendant placed on S/R for 4 years. SMA $100.00. Fine waived. Signed by JUDGE ROBERT L HINKLE on 7/31/2012. (erl) (Entered: 08/01/2012) |
| 07/31/2012 | 🔒 | 445 | STATEMENT OF REASONS (Sealed) (erl) (Entered: 08/01/2012) |
| 09/06/2012 | 🔒 | 474 | Memorandum in Support of Excess Compensation by JAMIE JONES (erl) (Entered: 09/07/2012) |
| 09/27/2012 | | 491 | Judgment Returned Executed as to JAMIE JONES on 9/10/2012. (dlt) (Entered: 09/27/2012) |
| 10/11/2012 | | 502 | CJA 20 as to JAMIE JONES: Authorization to Pay Attorney Thomas Cassidy, III. Voucher # 120917000044. Signed by JUDGE ROBERT L HINKLE on 9/25/2012. Signed by USCA JUDGE ADALBERTO JORDAN on 10/11/2012. (kjw) (Entered: 10/30/2012) |
| 11/14/2014 | | 522 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by JAMIE JONES. (Internal deadline for referral to judge if response not filed earlier: **12/2/2014**). (tdl) (Entered: 11/17/2014) |
| 12/03/2014 | | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 522 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 - Response due as to JAMIE JONES (tdl) (Entered: 12/03/2014) |
| 08/15/2016 | | 550 | ORDER DENYING A SENTENCE REDUCTION UNDER AMENDMENT 782 - The motion to reduce the sentence, ECF No. 522 , is denied. The clerk must provide a copy of this order to Mr. Jones himself by mail and to the attorneys of record and the Federal Public Defender through the electronic filing system as to JAMIE JONES. Signed by JUDGE ROBERT L HINKLE on 8/15/2016. (tdl) (Entered: 08/16/2016) |
| 07/17/2017 | | 568 | TRANSFER OF JURISDICTION AND ORDER as to JAMIE JONES supervised release transferred to the Middle District of Alabama (Montgomery Division). Signed by JUDGE ROBERT L HINKLE on 06/26/2017 and JUDGE MYRON H. THOMPSON on 7/17/2017. (Attachments: # 1 Government Memorandum, # 2 Probation Transfer Letter) (tdl) (Entered: 08/02/2017) |

Case 2:17-cr-00340-MHT-SRW    Document 2    Filed 08/04/17    Page 17 of 30

| 08/02/2017 | 569 | Supervised Release Jurisdiction Transferred to Middle District of Alabama (Montgomery Division) as to JAMIE JONES. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (tdl) (Entered: 08/02/2017) |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JOSE MISAEL GARFIAS-GARCIA
MELCHOR MUNOZ,
JOSE LUIS OROZCO,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
ROBERT DANTE JONES, and
JAMIE JONES

SECOND SUPERSEDING
INDICTMENT

CASE No. 4:11cr37-RH

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By _____
Deputy Clerk

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about June 1, 2008, and on or about May 30, 2011, in the Northern

District of Florida and elsewhere, the defendants,

JOSE MISAEL GARFIAS-GARCIA,
MELCHOR MUNOZ,
JOSE LUIS OROZCO,
MIGUEL ANGEL MORENO-ORTEGA,
NOE VASQUEZ,
ROBERT DANTE JONES, and
JAMIE JONES,

did knowingly and willfully combine, conspire, confederate, and agree together and with

other persons to distribute and possess with intent to distribute controlled substances, in

violation of Title 21, United States Code, Section 841(a)(1), and this offense involved five

(5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, one hundred (100) kilograms or more of marijuana, and a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(ii), 841(b)(1)(A)(vii), and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants,

**JOSE MISAEL GARFIAS-GARCIA,**
**MELCHOR MUNOZ,**
**JOSE LUIS OROZCO,**
**MIGUEL ANGEL MORENO-ORTEGA,**
**NOE VASQUEZ,**
**ROBERT DANTE JONES, and**
**JAMIE JONES,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A.      Property constituting or derived from any proceeds the defendants obtained directly or indirectly as the result of such violation including, but not limited to, approximately $54,832.00 in U.S. currency; and

2

B.    Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, but not limited to:

a.. 2006 Honda Ridgeline, VIN 2HJYK165X6H546617;

b. 2007 Ford F-150, VIN 1FTRW12WX7FA96644;

c. 2001 Toyota Tacoma, VIN 5TESN92N01Z724327;

d. 2000 Ford F-350, VIN:1FDWE35L0YHA89075;

e. 2006 Dodge Magnum,VIN:2D4FV57T86H207407; and

f. 2006 Honda Accord, VIN 1HGCM65826A0284682006.

If any of the property subject to forfeiture as a result of any act or omission of the defendants:

i.    cannot be located upon the exercise of due diligence;

ii.    has been transferred or sold to, or deposited with, a third person;

iii.    has been placed beyond the jurisdiction of this Court;

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

3

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

**REDACTED**

FOREPERSON

_October 4, 2011_

DATE

PAMELA C. MARSH
United States Attorney

MICHAEL T. SIMPSON
Assistant United States Attorney

4

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

-vs-

Case # 4:11cr37-012(S)

JAMIE JONES

USM # 13590-002

Defendant's Attorney:
Thomas J. Cassidy, III (Appointed)
335 Magnolia Avenue
Panama City, Florida  32401

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count 1 on the second superseding indictment on March 28, 2012. Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. §§ 841(b)(1)(B) and 846 | Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of Marijuana | May 30, 2011 | 1 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

Case No.  4:11cr37-012(S)

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.


Date of Imposition of Sentence:
July 27, 2012


s/Robert L. Hinkle
United States District Judge
July 31, 2012

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 months, concurrent with the sentence imposed in the Middle District of Alabama, Case No. 2:11cr113.**

The Court recommends to the Bureau of Prisons **in order of priority:**

**1. That Defendant participate in a Residential Drug Abuse Program while in the custody of the Bureau of Prisons.**

**2. That Defendant be designated to a facility as near as possible to Montgomery, Alabama.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this

judgment.

_____
UNITED STATES MARSHAL

By:_____ _____
     Deputy U.S. Marshal

Case No.  4:11cr37-012(S)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

**The defendant shall comply with the following standard conditions that have been adopted by this court.**

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

Case No.   4:11cr37-012(S)

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

**The defendant shall also comply with the following additional conditions of supervised release:**

1. The defendant shall submit to a search of his person, residence, office and vehicle pursuant to the search policy of the Middle District of Alabama.

2. Defendant shall maintain his child support obligations, including any arrearage, as imposed by Alabama Department of Humans Resources and the Alabama State Courts.

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____                    _____
Defendant                                                            Date


_____                    _____
U.S. Probation Officer/Designated Witness                  Date

Case No.  4:11cr37-012(S)

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| SPECIAL MONETARY ASESSEMENT | FINE | RESTITUTION |
|---|---|---|
| $100.00 | -0- | -0- |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$100.00** is imposed.

No fine is imposed.

Case No.  4:11cr37-012(S)

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties

Payment of the total fine and other criminal monetary penalties shall be due as follows:

in full immediately

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Case No.  4:11cr37-012(S)